UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES – GENERAL

| Case No. | CV 19-08949-CJC (PLAx) | Date | October 30, 2020 |
|---|---|---|---|
| Title | 924 PBR, LLC v. Crestbrook Insurance Company | | |

Present: The Honorable   CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Cheryl Wynn | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**PROCEEDINGS:**   **(IN CHAMBERS) ORDER DISMISSING ACTION ON STIPULATED DISMISSAL**

   Having been advised by the parties that this action has been resolved (*see* Notice of Lodging Stipulation of Dismissal [15]), the Court hereby orders the case dismissed with prejudice. All dates and deadlines are vacated by the Court and taken off calendar.

_____ : _____

Initials of Deputy Clerk   cw